United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-17515-sr
David Conquest                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Oct 12, 2016
                              Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db          +David Conquest,    2647 N. Myrtlewood Street,    Philadelphia, PA 19132-3042
13428730    +Ally Fin.,   c/o Regina Cohen, Esq.,    Lavin, O'Neil, Cedrone & DiSipio,
              190 N. Independence Mall W., Ste. 500,    6th & Race Sts.,    Phila., PA 19106-1554
13388641   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13388642    +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13388644    +Eos Cca,   700 Longwater Dr,    Norwell, MA 02061-1624
13436015    +HSBC,   Williamson & Brown LLC,    4691 Clifton Pkwy.,    Hamburg, NY 14075-3201
13508742    +JPMorgan Chase Bank NA,    Attn: Corresondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
              Monroe, LA 71203-4774
13508024    +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13395562    +JPMorgan Chase Bank, NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
              701 Market St., Ste. 5000,    Phila., PA 19106-1541
13388645    +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13418194    +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILA, PA 19122-2898,    ATTN: BANKRUPTCY UNIT
13388648    +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13388649    +Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Oct 13 2016 02:07:41     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2016 02:07:20
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2016 02:07:36     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: ally@ebn.phinsolutions.com Oct 13 2016 02:07:01     Ally Financial,
              PO Box 130424,    Roseville, MN 55113-0004
13388640    +E-mail/Text: ally@ebn.phinsolutions.com Oct 13 2016 02:07:01     Ally Financial,
              200 Renaissance Ctr,    Detroit, MI 48243-1300
13419081     E-mail/Text: ally@ebn.phinsolutions.com Oct 13 2016 02:07:01
              Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13436757     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2016 02:10:04
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
13469323     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2016 02:09:52
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
              Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13467728     E-mail/Text: bankruptcy@phila.gov Oct 13 2016 02:07:41     City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13388643    +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 13 2016 02:07:49     Credit Coll,
              Po Box 9134,    Needham, MA 02494-9134
13388646    +E-mail/Text: bankruptcygroup@peco-energy.com Oct 13 2016 02:07:13     PECO,
              2301 Market Street,    Philadelphia, PA 19103-1380
13471202     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2016 02:10:25
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13388647    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2016 02:10:29
              Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13388650     E-mail/Text: james.feighan@phila.gov Oct 13 2016 02:07:50     Water Revenue Bureau,
              1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Oct 12, 2016
                              Form ID: pdf900              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor David  Conquest dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REGINA  COHEN    on behalf of Creditor   Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

DAVID CONQUEST
                                                    : Bankruptcy No. 14-17515SR
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Stephen Raslavich*

**Date: October 12, 2016**                          _____
                                                    Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

DAVID CONQUEST
2647 N. MYRTLEWOOD STREET
PHILADELPHIA,PA.19132